No. 127. MARTÍNEZ, PETITIONER, v. SOTO NUSSA, DISTRICT JUDGE, RESPONDENT.—Application for a writ of *certiorari* to the Judge of the District Court of Aguadilla in an action

for the execution of a deed. Decided June 27, 1914. Application denied on the grounds stated in the opinion delivered in the case of *Martínez* v. *Soto Nussa, District Judge,* decided April 29, 1914. The petitioner appeared *pro se.* The respondent did not appear.